RECEIVED

JAN 09 2008 *aew*
JAN 09 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dawayne Tolliver

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

James Novy
Law Offices
Rock Fusco, LLC
for Violation of Ethics,
Mis Conduct of Abuse Of Power
and the Owner of the firm To be held responsible also
In This Action for one of there Attorney's
fundamental Rights Violation
of my Constitution Of the United States Of America

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

`08CV0196
JUDGE CASTILLO
MAG. JUDGE KEYS

Case _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

___  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
    28 SECTION 1331 U.S. Code (federal defendants)

___  OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Dawayne Tolliver

B. List all aliases: _____

C. Prisoner identification number: 200700072569

D. Place of present confinement: Cook County Jail

E. Address: P.O. Box 089002, Chicago, Ill. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: James Novy
Title: Attorney
Place of Employment: 321 N. Clark Street Suite 2200 Chicago Ill. 60610

B. Defendant: Law Offices, Rock Fusco LLC
Title: Attorney's
Place of Employment: 321 N. Clark Street, Suite 2200, Chicago, Ill 60610

C. Defendant: The Owens of the firm Rock Fusco unnames To be Subpoena There
Title: Attorney's owers
Place of Employment: 321 N. Clark Street, Suite 2200 Chicago, Ill. 60610

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

All To Be Subpoena The firm Owner and whom Own the firm Rock Fusco L.L.C. There Names address beside of the firm addresses

Revised 9/2007

re

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Tolliver Vs. Cook County Sheriff Medical Dept, Tolliver V. Cook County Dept. Administrator

B. Approximate date of filing lawsuit: 1-5-06/10-3-06/11-27-07/11-29-07/12-3-07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Dawayne Tolliver   no/aliases

D. List all defendants: Cook County Sheriff, Cook County Medical Dept, City of Chicago, City of Chicago, Chicago Police Dept, Chicago Police Office Jenkins, City of Chicago Superintendent

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Of Illinois Eastern District

F. Name of judge to whom case was assigned: Gettleman

G. Basic claim made: Denied of Medical Treatment, and Living Conditions of Confinement

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): havent happen yet   yes

I. Approximate date of disposition: It havent happen yet

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

Name of case and docket number: Tolliver vs. Cook County Sheriff Medical Dept., Toll. ver va Cook County Dept. Administrator

Approximate date of filing lawsuit, 1-5-06/10-3-06/11-27-07/11-29-07/12-3-07

List all Plaintiffs, (if you had co-plaintiffs) including any aliases: Dawayne Tolliver No/aliases

List all defendants: Chicago Police Officers Jenkins, City of Chicago, Chicago Police Department, Chicago Police Officers, City of Chicago, Superintendent Cook County Sheriff Medical Staff, Cook County Administrator, City of Chicago,

Name of Judge to whom case was assigned (for different case's Judge's Hibbler, Bucklo, John W. Darrah,

United States District Court, Northern District of Illinois 219 S Dearborn Street Eastern Division of Illinois District

Basic claim made: Police Brutality, Police Misconduct, Cook County jail, Cook County Medical Dept, City of Chicago, Police Officer Jenkins, Chicago Police Department, City of Chicago, Chicago Police Department et.al,

Disposition of this case (for example: was the case dismissed one of them) Was it appealed? No, Is it still pending? yes

Approximate date of disposition: No, It haven't happen yet,

I have gave all the information concerning this complaint form from the federal court to comply with the court to my knowledge and to be ~~to~~ inform to my lack of information I inform the court with what I can remember and to ask for assist if I forgot something please inform me and I do my best to straight it out

Dawayne Tolliver,

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On the Above date 12-18-2007 I call my Attorney Novy whom was appointed by the court James Novy in a Civil Rights complaint against the Cook County jail, under my Living Conditions I Dawayne Tolliver had filed 1-5-06 which I found out through a phone call to my lawyer dismissed my claim without my consent or me giving my Authority to him to do so. I have been Mislead and he hasn't kept me inform has his Client about my claim in court, He made decisions on his own without informing me. That I when through cruel and unusual punishment inflicted on me. And my Attorney dismissed it without my consent his representation is a Violation of my Constitution Rights has Attorney and Client of his Ethics Mis Conduct, Abuse Of Power for misleading me that my claim was still pending and it's not, Which he also inform me he wasn't representing me in that claim so why would he has it dismissed without my consent when I am Looking forward from hearing some thing from that claim, but nothing because he Finally told me he don't work for me and the Judge told him he can do that on

not sending me paper work on his decisions to dismissed my Amend Claim, Being dishonesty, deceit or misrepresentation, Misconduct, engage in misconduct of Abuse of Power as my Lawyer and misleading me in my claim Living Conditions my case which was the Living Conditions I amend to my Medical claim and now after two years or less he dismissed it without informing or my without my consent I am hurting very, very much the pain is making suffer from a bad headache and he said the Judge told him he can do that with letting me know what's going on with my claim I filed 1-5-06 and he just dismissed it that hurt me real bad and said I don't work for you on the Phone 12-18-07 between 3:30 P.M. 4:00 P.M. he told me this painful news about my claim about something was flicted on me while I suffer under my Living Conditions of confinement under 8th Amendment This is Truly a Violation of my Constitution Rights as Attorney and Client of Misconduct, Abuse of Power, Ethics, Misleading me as my Attorney of representing me as my Attorney I am Truly suffering behind that Tradly that the Lawyer Inflicted on me a human being not even informing me about the out come and not even sending me a copy of him dismissing my claim in federal court I have not seen the paper work because he is hiding the fact he did it without my consent or even my Authority and that is Misconduct, Abuse of Power and Ethics and misleading me as his client This stop him

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To Be Compensate for physcial pain that was inflicted on me do to the denied of misconduct of Mental Suffering of hurting me for him to give me hurt and pain. Ten Million Dollars for misleading representation on me as a Client also criminal Charges He should be Disciplinary Action for This Causes of pain and hurt

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

Dawayne Tolliver
(Signature of plaintiff or plaintiffs)

Dawayne Tolliver
(Print name)

2007 0 07256 9
(I.D. Number)

P.O. Box 089002
Chicago, Ill 60608
(Address)

6

Revised 9/2007