UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 09 2008 aew
Jan 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Dawayne Tolliver )
)
v. )
)
) 08CV0196
)
Defendant(s) James Novy, Law Office ) JUDGE CASTILLO
of Ethics/Conduct of Abuse of Power ) MAG.JUDGE KEYS
Rock Fusco LLC / for Violation )
and the owers of the form to )
be held responsible Also for one of there Attorneys Fundamental Rights
Violation

**MOTION FOR APPOINTMENT OF COUNSEL**

1. I, Dawayne Tolliver, declare that I am the (check appropriate box)
   ☒ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: Mitchell & Bolden, Eric A. Mitchell 54 N. Ottawa Street Kayode R. Idris ESq. Suite 245 Joliet, Ill. 60432 4554 N. Broadway suite 258 John Fitzgerald Lyke Jr Law Office of John T. Lyke Chicago, Ill. 60640   1505 E. 53rd St. Suite 200 Chicago, Ill. 60615

3. In further support of my motion, I declare that (check appropriate box):

   ☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☒ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☐ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☒ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dawayne Tolliver
Movant's Signature

P.O. Box 089002
Street Address

Chicago, Ill. 60608
City/State/Zip

Date: _____

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Gettleman |
|---|---|
| Case Number | 05-C-6613 |
| Case Title | Tolliver v. Cook County Sheriff, Aministrator |
| Appointed Attorney's Name | James Novy |
| If case is still pending, please check box: | ✓ |

| Assigned Judge | John W. Darrah |
|---|---|
| Case Number | 07-C-6659 |
| Case Title | Tolliver v. City of Chicago, Chicago Police Dept |
| Appointed Attorney's Name | none |
| If case is still pending, please check box: | ✓ |

| Assigned Judge | Bucklo |
|---|---|
| Case Number | 07-C-6719 |
| Case Title | Tolliver v. City of Chicago, Chicago Police Dept |
| Appointed Attorney's Name | none |
| If case is still pending, please check box: | ✓ |

| Assigned Judge | Hibbler |
|---|---|
| Case Number | 07C-6796 |
| Case Title | Tolliver v. City of Chicago, Chicago Police Dept |
| Appointed Attorney's Name | none |
| If case is still pending, please check box: | ✓ |